# Adria Notari

| | |
|---|---|
| **From:** | FRANK HERNANDEZ <FRANK.HERNANDEZ@EEOC.GOV> |
| **Sent:** | Wednesday, March 10, 2021 9:05 AM |
| **To:** | Adria Notari |
| **Subject:** | RE: Charge 510-2020-03013 // ▇▇▇▇▇ v. CARNIVAL |

Good morning Ms. Notari,

You can ask for an update any time. ==I have not been able to review your charge yet==, I am still reviewing older charges. Once I do, I will schedule a call to discuss my findings.

**From:** Adria Notari <cruiselawyermiami@gmail.com>
**Sent:** Wednesday, March 10, 2021 7:57 AM
**To:** FRANK HERNANDEZ <FRANK.HERNANDEZ@EEOC.GOV>
**Subject:** Re: Charge 510-2020-03013 // ▇▇▇▇▇ v. CARNIVAL

Good morning Mr. Hernandez,

I am sure I seem impatient here. I noticed we are coming up on the one-year mark of filing our discrimination charge. If it is not too much trouble, may we please have an update on the investigation?

We are grateful for everything you do to enforce anti-discrimination laws in the workplace.

Very respectfully, Adria Notari

*Counsel for the charging party,* ▇▇▇▇▇

Adria G. Notari, *Maritime Injury Lawyer*

**NOTARI LAW, P.A.**

Tel +1 (954) 257-9028

Fax +1 (954) 231-1128

E-mail [CruiseLawyerMiami@gmail.com](mailto:CruiseLawyerMiami@gmail.com)

[www.NotariLaw.com](http://www.NotariLaw.com)

[Follow us on LinkedIn](#)