| Name | Type | Added On | Added By |
|---|---|---|---|
| ▇▇▇▇ v CARNIVAL rebuttal.pdf | Response to Position Statement | 10/06/2020 | Charging Party |
| ▇▇. Rebuttal Request emailed to CPR.pdf | Correspondence To/From Charging Party's Attorney | 09/16/2020 | Frank Hernandez |
| ▇▇. Rebuttal Request.pdf | Correspondence To/From Charging Party's Attorney | 09/16/2020 | Frank Hernandez |
| ▇▇ Exhibits | Position Statement Attachments - Non-Confidential | 06/01/2020 | Respondent Respondent |
| Carnival-▇▇-_Position_Statement | Position Statement | 06/01/2020 | Respondent Respondent |
| 510-2020-03013.FORM5.pdf | Charge of Discrimination | 03/18/2020 | Judy Singleton |

## Additional Information

What you should KNOW after filing a charge

What you should DO after filing a charge

How to request Respondent's Position Statement