

Date : 07/08/2021 11:53:33

**TM ID** 249109    **Ship** CARNIVAL MAGIC    **Department** ENTERTAINMENT    **Position** CRUISE DIRECTOR

**TM Name** ██████████████    **Nationality** UNITED STATES

**Status** OFF, MEDICAL USA,  11/25/2018    **Scheduled**  , ,    **Sch. Ship**

## Assignment Details

| Type | Status | Ship | Date | Port Engaged |
|------|--------|------|------|--------------|
| CS | MEDICAL USA | CARNIVAL MAGIC | 11/25/2018 | MIAMI, FLORIDA |
| OFF | VACATION | CARNIVAL MAGIC | 11/25/2018 | MIAMI, FLORIDA |
| ON | TRAINING COURSE | CARNIVAL MAGIC | 09/01/2018 | PORT CANAVERAL, FL |
| OFF | TRAINING COURSE | CCL - US | 08/31/2018 | U.S.A |
| ON | EMERGENCY | CCL - US | 08/25/2018 | U.S.A |
| OFF | EMERGENCY | CARNIVAL MAGIC | 06/27/2018 | AMBER COVE, DOMENICAN REP. |
| ON | VACATION | CARNIVAL MAGIC | 06/23/2018 | PORT CANAVERAL, FL |
| OFF | VACATION | CARNIVAL FREEDOM | 05/12/2018 | GALVESTON, TX |
| ON | VACATION | CARNIVAL FREEDOM | 01/13/2018 | GALVESTON, TX |
| OFF | VACATION | CCL - US | 12/13/2017 | U.S.A |
| ON | OFFICE | CCL - US | 12/11/2017 | U.S.A |
| OFF | OFFICE | CARNIVAL FREEDOM | 12/09/2017 | GALVESTON, TX |
| ON | VACATION | CARNIVAL FREEDOM | 10/07/2017 | GALVESTON, TX |
| OFF | VACATION | CARNIVAL FREEDOM | 09/09/2017 | GALVESTON, TX |
| ON | VACATION | CARNIVAL FREEDOM | 04/01/2017 | GALVESTON, TX |
| OFF | VACATION | CARNIVAL FREEDOM | 02/18/2017 | GALVESTON, TX |
| ON | VESSEL TRANSFER | CARNIVAL FREEDOM | 09/17/2016 | GALVESTON, TX |
| OFF | VESSEL TRANSFER | CCL - US | 09/16/2016 | U.S.A |
| ON | VESSEL TRANSFER | CCL - US | 09/11/2016 | U.S.A |
| OFF | VESSEL TRANSFER | CARNIVAL FREEDOM | 09/10/2016 | GALVESTON, TX |
| ON | VACATION | CARNIVAL FREEDOM | 08/13/2016 | GALVESTON, TX |
| OFF | VACATION | CCL - US | 07/28/2016 | U.S.A |
| ON | VACATION | CCL - US | 07/26/2016 | U.S.A |
| OFF | VACATION | CARNIVAL FREEDOM | 07/02/2016 | GALVESTON, TX |
| ON | VACATION | CARNIVAL FREEDOM | 01/09/2016 | GALVESTON, TX |
| OFF | VACATION | CARNIVAL FREEDOM | 11/21/2015 | GALVESTON, TX |
| ON | VESSEL TRANSFER | CARNIVAL FREEDOM | 09/26/2015 | GALVESTON, TX |



Date : 07/08/2021 11:53:33

## Assignment Details

| Type | Status | Ship | Date | Port Engaged |
|------|--------|------|------|--------------|
| OFF | VESSEL TRANSFER | CCL - US | 09/25/2015 | U.S.A |
| ON | VESSEL TRANSFER | CCL - US | 09/20/2015 | U.S.A |
| OFF | VESSEL TRANSFER | CARNIVAL FREEDOM | 09/19/2015 | GALVESTON, TX |
| ON | VESSEL TRANSFER | CARNIVAL FREEDOM | 08/15/2015 | GALVESTON, TX |
| OFF | VESSEL TRANSFER | CCL - US | 08/14/2015 | U.S.A |
| ON | VESSEL TRANSFER | CCL - US | 08/13/2015 | U.S.A |
| OFF | VESSEL TRANSFER | CARNIVAL SPLENDOR | 08/12/2015 | NEW YORK, NY |
| ON | VACATION | CARNIVAL SPLENDOR | 05/18/2015 | NORFOLK,VA |
| OFF | VACATION | CARNIVAL SPLENDOR | 03/22/2015 | MIAMI, FLORIDA |
| ON | VACATION | CARNIVAL SPLENDOR | 08/28/2014 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL SPLENDOR | 06/25/2014 | NEW YORK, NY |
| ON | VESSEL TRANSFER | CARNIVAL SPLENDOR | 04/05/2014 | PORT CANAVERAL, FL |
| OFF | VESSEL TRANSFER | CCL - US | 04/04/2014 | U.S.A |
| ON | VESSEL TRANSFER | CCL - US | 03/31/2014 | U.S.A |
| OFF | VESSEL TRANSFER | CARNIVAL SPLENDOR | 03/30/2014 | FREEPORT, BAHAMAS |
| ON | VACATION | CARNIVAL SPLENDOR | 02/13/2014 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL SPLENDOR | 12/11/2013 | NEW YORK, NY |
| ON | VACATION | CARNIVAL SPLENDOR | 06/26/2013 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL SPLENDOR | 05/01/2013 | NEW YORK, NY |
| ON | VESSEL TRANSFER | CARNIVAL SPLENDOR | 11/25/2012 | LONG BEACH,CA |
| OFF | VESSEL TRANSFER | CARNIVAL BREEZE | 11/24/2012 | MIAMI, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL BREEZE | 11/21/2012 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CCL - US | 11/21/2012 | U.S.A |
| ON | OFFICE | CCL - US | 11/19/2012 | U.S.A |
| OFF | OFFICE | CARNIVAL SPLENDOR | 11/18/2012 | LONG BEACH,CA |
| ON | MEDICAL USA | CARNIVAL SPLENDOR | 10/28/2012 | LONG BEACH,CA |
| OFF | MEDICAL USA | CARNIVAL MIRACLE | 09/11/2012 | NEW YORK, NY |



Date : 07/08/2021 11:53:33

**Assignment Details**

| Type | Status | Ship | Date | Port Engaged |
|------|--------|------|------|--------------|
| ON | VACATION | CARNIVAL MIRACLE | 06/23/2012 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL MIRACLE | 05/06/2012 | NEW YORK, NY |
| ON | DRY/WET DOCK USA | CARNIVAL MIRACLE | 01/27/2012 | PORT EVERGLADES, FL |
| OFF | DRY/WET DOCK USA | CARNIVAL MIRACLE | 01/13/2012 | PORT EVERGLADES, FL |
| ON | VACATION | CARNIVAL MIRACLE | 11/02/2011 | PORT EVERGLADES, FL |
| OFF | VACATION | CARNIVAL MIRACLE | 09/19/2011 | NEW YORK, NY |
| ON | VACATION | CARNIVAL MIRACLE | 04/12/2011 | PORT EVERGLADES, FL |
| OFF | VACATION | CARNIVAL MIRACLE | 03/03/2011 | PORT EVERGLADES, FL |
| ON | VACATION | CARNIVAL MIRACLE | 09/28/2010 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL MIRACLE | 08/19/2010 | NEW YORK, NY |
| ON | VACATION | CARNIVAL MIRACLE | 04/13/2010 | PORT EVERGLADES, FL |
| OFF | OFFICE | CCL - US | 03/27/2010 | U.S.A |
| ON | OFFICE | CCL - US | 03/25/2010 | U.S.A |
| OFF | VACATION | CARNIVAL MIRACLE | 02/24/2010 | PORT EVERGLADES, FL |
| ON | VESSEL TRANSFER | CARNIVAL MIRACLE | 11/20/2009 | PORT EVERGLADES, FL |
| OFF | VESSEL TRANSFER | CARNIVAL IMAGINATION | 11/20/2009 | MIAMI, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL IMAGINATION | 11/16/2009 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL MIRACLE | 11/12/2009 | PORT EVERGLADES, FL |
| ON | MEDICAL USA | CARNIVAL MIRACLE | 08/28/2009 | NEW YORK, NY |
| OFF | MEDICAL USA | CARNIVAL MIRACLE | 04/14/2009 | PORT EVERGLADES, FL |
| ON | END OF CONTRACT | CARNIVAL MIRACLE | 02/17/2009 | PORT EVERGLADES, FL |
| OFF | END OF CONTRACT | CARNIVAL VICTORY | 01/04/2009 | SAN JUAN, PUERTO RICO |
| ON | WORK BREAK | CARNIVAL VICTORY | 11/03/2008 | SAINT THOMAS, USVI |
| OFF | WORK BREAK | CARNIVAL VICTORY | 10/31/2008 | ST. KITTS |
| ON | VACATION | CARNIVAL VICTORY | 07/12/2008 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL VICTORY | 06/09/2008 | NORFOLK,VA |
| ON | VACATION | CARNIVAL VICTORY | 12/09/2007 | MIAMI, FLORIDA |
| OFF | VACATION | CARNIVAL VICTORY | 11/11/2007 | MIAMI, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL VICTORY | 05/13/2007 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL IMAGINATION | 05/12/2007 | MIAMI, FLORIDA |
| ON | VACATION | CARNIVAL IMAGINATION | 03/03/2007 | MIAMI, FLORIDA |
| OFF | VACATION | CARNIVAL VICTORY | 02/18/2007 | NOT AVAILABLE |
| ON | VACATION | CARNIVAL VICTORY | 01/28/2007 | NOT AVAILABLE |



Date : 07/08/2021 11:53:33

**Assignment Details**

| Type | Status | Ship | Date | Port Engaged |
|------|--------|------|------|--------------|
| CS | VACATION | CARNIVAL IMAGINATION | 01/15/2007 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL IMAGINATION | 01/15/2007 | MIAMI, FLORIDA |
| ON | VACATION | CARNIVAL IMAGINATION | 11/20/2006 | NASSAU, BAHAMAS |
| OFF | VACATION | CARNIVAL VICTORY | 11/19/2006 | MIAMI, FLORIDA |
| ON | VACATION | CARNIVAL VICTORY | 08/21/2006 | NEW YORK, NY |
| OFF | VACATION | CARNIVAL VICTORY | 05/21/2006 | MIAMI, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL VICTORY | 04/09/2006 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL CONQUEST | 04/07/2006 | GALVESTON, TX |
| ON | VACATION | CARNIVAL CONQUEST | 11/27/2005 | GALVESTON, TX |
| OFF | VACATION | CARNIVAL MIRACLE | 08/28/2005 | PORT EVERGLADES, FL |
| ON | VESSEL TRANSFER | CARNIVAL MIRACLE | 08/26/2005 | COZUMEL,MEXICO |
| OFF | VESSEL TRANSFER | CARNIVAL CONQUEST | 08/26/2005 | COZUMEL,MEXICO |
| ON | VESSEL TRANSFER | CARNIVAL CONQUEST | 06/05/2005 | NEW ORLEANS,LA |
| OFF | VESSEL TRANSFER | CARNIVAL DESTINY | 06/05/2005 | SAN JUAN, PUERTO RICO |
| ON | VACATION | CARNIVAL DESTINY | 03/13/2005 | SAN JUAN, PUERTO RICO |
| OFF | VACATION | CARNIVAL INSPIRATION | 02/19/2005 | TAMPA, FLORIDA |
| ON | WORK BREAK | CARNIVAL INSPIRATION | 10/09/2004 | TAMPA, FLORIDA |
| OFF | WORK BREAK | CARNIVAL INSPIRATION | 09/19/2004 | TAMPA, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL INSPIRATION | 07/04/2004 | TAMPA, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL SPIRIT | 06/30/2004 | VANCOUVER, CANADA |
| ON | EMERGENCY | CARNIVAL SPIRIT | 05/22/2004 | JUNEAU, AK |
| OFF | EMERGENCY | CARNIVAL SPIRIT | 05/17/2004 | KETCHIKAN, AK |
| ON | MEDICAL USA | CARNIVAL SPIRIT | 04/18/2004 | SAN DIEGO, CA |
| OFF | MEDICAL USA | CARNIVAL IMAGINATION | 02/07/2004 | MIAMI, FLORIDA |
| ON | WORK BREAK | CARNIVAL IMAGINATION | 09/29/2003 | MIAMI, FLORIDA |
| OFF | WORK BREAK | CARNIVAL FASCINATION | 09/26/2003 | MIAMI, FLORIDA |
| ON | END OF CONTRACT | CARNIVAL FASCINATION | 08/11/2003 | MIAMI, FLORIDA |
| OFF | END OF CONTRACT | CARNIVAL SUNRISE | 06/28/2003 | MIAMI, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL SUNRISE | 05/17/2003 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL IMAGINATION | 05/17/2003 | MIAMI, FLORIDA |
| ON | END OF CONTRACT | CARNIVAL IMAGINATION | 03/17/2003 | MIAMI, FLORIDA |
| OFF | END OF CONTRACT | CARNIVAL ECSTASY | 03/10/2003 | SAN PEDRO, CALIFORNIA |
| ON | VACATION | CARNIVAL ECSTASY | 02/24/2003 | SAN PEDRO, CALIFORNIA |
| OFF | VACATION | CARNIVAL PRIDE | 02/01/2003 | PORT CANAVERAL, FL |



Date : 07/08/2021 11:53:33

### Assignment Details

| Type | Status | Ship | Date | Port Engaged |
|------|--------|------|------|--------------|
| ON | VACATION | CARNIVAL PRIDE | 12/07/2002 | PORT CANAVERAL, FL |
| OFF | VACATION | CARNIVAL PRIDE | 10/26/2002 | PORT CANAVERAL, FL |
| ON | VESSEL TRANSFER | CARNIVAL PRIDE | 09/21/2002 | PORT CANAVERAL, FL |
| OFF | VESSEL TRANSFER | CARNIVAL FANTASY | 09/19/2002 | PORT CANAVERAL, FL |
| ON | JOHNSON & WALES | CARNIVAL FANTASY | 08/01/2002 | PORT CANAVERAL, FL |
| OFF | JOHNSON & WALES | CARNIVAL FANTASY | 07/21/2002 | PORT CANAVERAL, FL |
| ON | VESSEL TRANSFER | CARNIVAL FANTASY | 06/16/2002 | PORT CANAVERAL, FL |
| OFF | VESSEL TRANSFER | CARNIVAL PRIDE | 06/15/2002 | PORT CANAVERAL, FL |
| ON | END OF CONTRACT | CARNIVAL PRIDE | 01/02/2002 | COZUMEL,MEXICO |
| OFF | END OF CONTRACT | CARNIVAL DESTINY | 10/28/2001 | SAN JUAN, PUERTO RICO |
| ON | MEDICAL USA | CARNIVAL DESTINY | 07/09/2001 | SAINT THOMAS, USVI |
| OFF | MEDICAL USA | CARNIVAL DESTINY | 07/08/2001 | SAN JUAN, PUERTO RICO |
| ON | VACATION | CARNIVAL DESTINY | 05/20/2001 | SAN JUAN, PUERTO RICO |
| OFF | VACATION | CARNIVAL DESTINY | 04/15/2001 | SAN JUAN, PUERTO RICO |
| ON | VESSEL TRANSFER | CARNIVAL DESTINY | 01/28/2001 | SAN JUAN, PUERTO RICO |
| OFF | VESSEL TRANSFER | CARNIVAL IMAGINATION | 01/27/2001 | MIAMI, FLORIDA |
| ON | VACATION | CARNIVAL IMAGINATION | 10/21/2000 | MIAMI, FLORIDA |
| OFF | VACATION | CARNIVAL VICTORY | 09/18/2000 | NEW YORK, NY |
| ON | VESSEL TRANSFER | CARNIVAL VICTORY | 08/14/2000 | NEW YORK, NY |
| OFF | VESSEL TRANSFER | CARNIVAL SENSATION | 08/13/2000 | TAMPA, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL SENSATION | 08/06/2000 | TAMPA, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL ECSTASY | 08/04/2000 | MIAMI, FLORIDA |
| ON | DRY/WET DOCK USA | CARNIVAL ECSTASY | 07/21/2000 | MIAMI, FLORIDA |
| OFF | DRY/WET DOCK USA | CARNIVAL PARADISE | 07/19/2000 | MIAMI, FLORIDA |
| ON | VESSEL TRANSFER | CARNIVAL PARADISE | 03/12/2000 | MIAMI, FLORIDA |
| OFF | VESSEL TRANSFER | CARNIVAL FANTASY | 03/12/2000 | PORT CANAVERAL, FL |
| ON | NEW CREW MEMBER | CARNIVAL FANTASY | 01/30/2000 | PORT CANAVERAL, FL |