UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:21-CV-22301-ALTONAGA/TORRES

JOHN DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## DECLARATION OF JOHN MITCHELL

1.    My name is John Mitchell. I am Director of Maritime Claims for Carnival Cruise Line.

2.    The matters set forth in this Declaration are true and based on my personal knowledge.

3.    As Director of Maritime Claims, I am responsible for litigating matters in-house and assisting outside counsel.

4.    Exhibit A is a compilation of the itineraries for the *Carnival Magic* ("the Vessel") from June 23, 2018, through November 25, 2018 ("the relevant period").

5.    Exhibit A is kept within the ordinary course of business and is an accurate reflection of each port that the Vessel called upon during the relevant period.

6.    The Vessel had two different cycles of itineraries during the relevant period.

7.    From June 23 through September 29 ("Cycle 1"), cruises began and ended in Port Canaveral, Florida. During Cycle 1, the Vessel would undergo a similar itinerary every two

weeks. The Vessel would start in Port Canaveral on Saturday. Then it would cruise around the Caribbean Sea and Gulf of Mexico, calling upon ports in Mexico, Isla Roatan, and Belize before returning to Port Canaveral the following Saturday morning. By Saturday afternoon, the Vessel would begin another cruise. This second cruise would call upon ports in the Dominican Republic, St. Thomas, Puerto Rico, and Grand Turk. The Vessel would return to Port Canaveral on Saturday to do Cycle 1 again.[1] Cycle 1 continued until September 29, 2018. *See* Exhibit A:

| 2018 | June | 30-Jun-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
|---|---|---|---|---|---|---|---|
| 2018 | July | 01-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 02-Jul-2018 | Mon | Carnival Magic | Costa Maya, Mexico | 12:00 | 20:00 |
| 2018 | July | 03-Jul-2018 | Tue | Carnival Magic | Mahogany Bay, Isla Roatan | 09:00 | 21:00 |
| 2018 | July | 04-Jul-2018 | Wed | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | July | 05-Jul-2018 | Thu | Carnival Magic | Cozumel, Mexico | 07:00 | 16:00 |
| 2018 | July | 06-Jul-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 07-Jul-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | July | 08-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 09-Jul-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | July | 10-Jul-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | July | 11-Jul-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | July | 12-Jul-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | July | 13-Jul-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 14-Jul-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |

---

[1] There were some slight variations to the order of ports during Cycle 1, but the same nine ports were called upon throughout.

8. From September 30 until Plaintiff was disembarked on November 25 ("Cycle 2"), cruises began and ended in Miami, Florida, on Sundays. A similar itinerary was used for Cycle 2 with some slight variation. The main exception (besides Miami for Port Canaveral) is that one port in Mexico was substituted for a port in the Cayman Islands. *See* Exhibit A:

| 2018 | October | 07-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
|---|---|---|---|---|---|---|---|
| 2018 | October | 08-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 09-Oct-2018 | Tue | Carnival Magic | Amber Cove, Dominican Republic | 07:30 | 15:30 |
| 2018 | October | 10-Oct-2018 | Wed | Carnival Magic | St. Thomas, USVI | 11:00 | 19:00 |
| 2018 | October | 11-Oct-2018 | Thu | Carnival Magic | San Juan, Puerto Rico | 07:30 | 15:30 |
| 2018 | October | 12-Oct-2018 | Fri | Carnival Magic | Grand Turk | 11:00 | 17:30 |
| 2018 | October | 13-Oct-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 14-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | October | 15-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 16-Oct-2018 | Tue | Carnival Magic | Grand Cayman, Cayman Islands | 07:30 | 15:00 |
| 2018 | October | 17-Oct-2018 | Wed | Carnival Magic | Mahogany Bay, Isla Roatan | 10:00 | 18:00 |
| 2018 | October | 18-Oct-2018 | Thu | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | October | 19-Oct-2018 | Fri | Carnival Magic | Cozumel, Mexico | 08:00 | 17:00 |
| 2018 | October | 20-Oct-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 21-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2021.

*[signature]*

**JOHN MITCHELL**
**Director, Maritime Claims**
**Carnival Cruise Line**

# EXHIBIT 3A

| 2018 | June | 23-Jun-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
|---|---|---|---|---|---|---|---|
| 2018 | June | 24-Jun-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | June | 25-Jun-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | June | 26-Jun-2018 | Tue | Carnival Magic | San Juan, Puerto Rico | 08:00 | 15:00 |
| 2018 | June | 27-Jun-2018 | Wed | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 18:00 |
| 2018 | June | 28-Jun-2018 | Thu | Carnival Magic | Grand Turk | 07:00 | 16:00 |
| 2018 | June | 29-Jun-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | June | 30-Jun-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | July | 01-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 02-Jul-2018 | Mon | Carnival Magic | Costa Maya, Mexico | 12:00 | 20:00 |
| 2018 | July | 03-Jul-2018 | Tue | Carnival Magic | Mahogany Bay, Isla Roatan | 09:00 | 21:00 |
| 2018 | July | 04-Jul-2018 | Wed | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | July | 05-Jul-2018 | Thu | Carnival Magic | Cozumel, Mexico | 07:00 | 16:00 |
| 2018 | July | 06-Jul-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 07-Jul-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | July | 08-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 09-Jul-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | July | 10-Jul-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |

| 2018 | July | 11-Jul-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2018 | July | 12-Jul-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | July | 13-Jul-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 14-Jul-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | July | 15-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 16-Jul-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | July | 17-Jul-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | July | 18-Jul-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | July | 19-Jul-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | July | 20-Jul-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 21-Jul-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | July | 22-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 23-Jul-2018 | Mon | Carnival Magic | Cozumel, Mexico | 09:00 | 18:00 |
| 2018 | July | 24-Jul-2018 | Tue | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | July | 25-Jul-2018 | Wed | Carnival Magic | Mahogany Bay, Isla Roatan | 09:00 | 18:00 |
| 2018 | July | 26-Jul-2018 | Thu | Carnival Magic | Costa Maya, Mexico | 07:00 | 14:00 |
| 2018 | July | 27-Jul-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | July | 28-Jul-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | July | 29-Jul-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018 | July | 30-Jul-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | July | 31-Jul-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | August | 01-Aug-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | August | 02-Aug-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | August | 03-Aug-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 04-Aug-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | August | 05-Aug-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 06-Aug-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | August | 07-Aug-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | August | 08-Aug-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | August | 09-Aug-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | August | 10-Aug-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 11-Aug-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | August | 12-Aug-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 13-Aug-2018 | Mon | Carnival Magic | Costa Maya, Mexico | 12:00 | 20:00 |
| 2018 | August | 14-Aug-2018 | Tue | Carnival Magic | Mahogany Bay, Isla Roatan | 09:00 | 21:00 |
| 2018 | August | 15-Aug-2018 | Wed | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | August | 16-Aug-2018 | Thu | Carnival Magic | Cozumel, Mexico | 07:00 | 15:00 |
| 2018 | August | 17-Aug-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |

| 2018 | August | 18-Aug-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
|---|---|---|---|---|---|---|---|
| 2018 | August | 19-Aug-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 20-Aug-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | August | 21-Aug-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | August | 22-Aug-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | August | 23-Aug-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | August | 24-Aug-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 25-Aug-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | August | 26-Aug-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | August | 27-Aug-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | August | 28-Aug-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | August | 29-Aug-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | August | 30-Aug-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | August | 31-Aug-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 01-Sep-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | September | 02-Sep-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 03-Sep-2018 | Mon | Carnival Magic | Cozumel, Mexico | 09:00 | 18:00 |
| 2018 | September | 04-Sep-2018 | Tue | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | September | 05-Sep-2018 | Wed | Carnival Magic | Mahogany Bay, Isla Roatan | 09:00 | 18:00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2018 | September | 06-Sep-2018 | Thu | Carnival Magic | Costa Maya, Mexico | 07:00 | 14:00 |
| 2018 | September | 07-Sep-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 08-Sep-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | September | 09-Sep-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 10-Sep-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | September | 11-Sep-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | September | 12-Sep-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | September | 13-Sep-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | September | 14-Sep-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 15-Sep-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | September | 16-Sep-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 17-Sep-2018 | Mon | Carnival Magic | Amber Cove, Dominican Republic | 09:00 | 16:00 |
| 2018 | September | 18-Sep-2018 | Tue | Carnival Magic | St. Thomas, USVI | 11:30 | 19:00 |
| 2018 | September | 19-Sep-2018 | Wed | Carnival Magic | San Juan, Puerto Rico | 08:00 | 16:00 |
| 2018 | September | 20-Sep-2018 | Thu | Carnival Magic | Grand Turk | 12:00 | 18:00 |
| 2018 | September | 21-Sep-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 22-Sep-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 16:00 |
| 2018 | September | 23-Sep-2018 | Sun | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 24-Sep-2018 | Mon | Carnival Magic | Costa Maya, Mexico | 12:00 | 20:00 |

| Year | Month | Date | Day | Ship | Port | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 2018 | September | 25-Sep-2018 | Tue | Carnival Magic | Mahogany Bay, Isla Roatan | 09:00 | 18:00 |
| 2018 | September | 26-Sep-2018 | Wed | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | September | 27-Sep-2018 | Thu | Carnival Magic | Cozumel, Mexico | 07:00 | 15:00 |
| 2018 | September | 28-Sep-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | September | 29-Sep-2018 | Sat | Carnival Magic | Port Canaveral (Orlando), FL | 06:00 | 12:00 |
| 2018 | September | 30-Sep-2018 | Sun | Carnival Magic | Miami, FL | 06:00 | 16:00 |
| 2018 | October | 01-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 02-Oct-2018 | Tue | Carnival Magic | Grand Cayman, Cayman Islands | 07:30 | 15:00 |
| 2018 | October | 03-Oct-2018 | Wed | Carnival Magic | Mahogany Bay, Isla Roatan | 10:00 | 18:00 |
| 2018 | October | 04-Oct-2018 | Thu | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | October | 05-Oct-2018 | Fri | Carnival Magic | Cozumel, Mexico | 08:00 | 17:00 |
| 2018 | October | 06-Oct-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 07-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | October | 08-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 09-Oct-2018 | Tue | Carnival Magic | Amber Cove, Dominican Republic | 07:30 | 15:30 |
| 2018 | October | 10-Oct-2018 | Wed | Carnival Magic | St. Thomas, USVI | 11:00 | 19:00 |
| 2018 | October | 11-Oct-2018 | Thu | Carnival Magic | San Juan, Puerto Rico | 07:30 | 15:30 |
| 2018 | October | 12-Oct-2018 | Fri | Carnival Magic | Grand Turk | 11:00 | 17:30 |
| 2018 | October | 13-Oct-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |

| Year | Month | Date | Day | Ship | Port | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 2018 | October | 14-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | October | 15-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 16-Oct-2018 | Tue | Carnival Magic | Grand Cayman, Cayman Islands | 07:30 | 15:00 |
| 2018 | October | 17-Oct-2018 | Wed | Carnival Magic | Mahogany Bay, Isla Roatan | 10:00 | 18:00 |
| 2018 | October | 18-Oct-2018 | Thu | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | October | 19-Oct-2018 | Fri | Carnival Magic | Cozumel, Mexico | 08:00 | 17:00 |
| 2018 | October | 20-Oct-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 21-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | October | 22-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 23-Oct-2018 | Tue | Carnival Magic | Amber Cove, Dominican Republic | 07:30 | 15:30 |
| 2018 | October | 24-Oct-2018 | Wed | Carnival Magic | St. Thomas, USVI | 11:00 | 19:00 |
| 2018 | October | 25-Oct-2018 | Thu | Carnival Magic | San Juan, Puerto Rico | 07:30 | 15:30 |
| 2018 | October | 26-Oct-2018 | Fri | Carnival Magic | Grand Turk | 11:00 | 17:30 |
| 2018 | October | 27-Oct-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 28-Oct-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | October | 29-Oct-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | October | 30-Oct-2018 | Tue | Carnival Magic | Grand Cayman, Cayman Islands | 07:30 | 15:00 |
| 2018 | October | 31-Oct-2018 | Wed | Carnival Magic | Mahogany Bay, Isla Roatan | 10:00 | 18:00 |

| Year | Month | Date | Day | Ship | Port | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 2018 | November | 01-Nov-2018 | Thu | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | November | 02-Nov-2018 | Fri | Carnival Magic | Cozumel, Mexico | 08:00 | 17:00 |
| 2018 | November | 03-Nov-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 04-Nov-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | November | 05-Nov-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 06-Nov-2018 | Tue | Carnival Magic | Amber Cove, Dominican Republic | 07:30 | 15:30 |
| 2018 | November | 07-Nov-2018 | Wed | Carnival Magic | St. Thomas, USVI | 11:00 | 19:00 |
| 2018 | November | 08-Nov-2018 | Thu | Carnival Magic | San Juan, Puerto Rico | 07:30 | 15:30 |
| 2018 | November | 09-Nov-2018 | Fri | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 10-Nov-2018 | Sat | Carnival Magic | Nassau, The Bahamas | 13:00 | 20:00 |
| 2018 | November | 11-Nov-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | November | 12-Nov-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 13-Nov-2018 | Tue | Carnival Magic | Cozumel, Mexico | 08:00 | 17:00 |
| 2018 | November | 14-Nov-2018 | Wed | Carnival Magic | Belize | 08:00 | 17:00 |
| 2018 | November | 15-Nov-2018 | Thu | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 16-Nov-2018 | Fri | Carnival Magic | Cozumel, Mexico | 08:00 | 17:00 |
| 2018 | November | 17-Nov-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 18-Nov-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |
| 2018 | November | 19-Nov-2018 | Mon | Carnival Magic | "Fun Day" at Sea | | |

| 2018 | November | 20-Nov-2018 | Tue | Carnival Magic | Amber Cove, Dominican Republic | 07:30 | 15:30 |
| 2018 | November | 21-Nov-2018 | Wed | Carnival Magic | St. Thomas, USVI | 11:00 | 19:00 |
| 2018 | November | 22-Nov-2018 | Thu | Carnival Magic | San Juan, Puerto Rico | 07:30 | 15:30 |
| 2018 | November | 23-Nov-2018 | Fri | Carnival Magic | Grand Turk | 11:00 | 17:30 |
| 2018 | November | 24-Nov-2018 | Sat | Carnival Magic | "Fun Day" at Sea | | |
| 2018 | November | 25-Nov-2018 | Sun | Carnival Magic | Miami, FL | 07:00 | 16:00 |